HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SUZETTE BLAND,

Defendant.

Case No. CR05-5785RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Anna K. Woods and James B. Feldman's Motions to Withdraw as Counsel, and upon the Defendant's Pro Se Notice of Appeal and Application to Proceed *In Forma Pauperis* on Appeal.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The defendant's retained counsel, Anna K. Woods and James B. Feldman, have moved to withdraw. At the conclusion of the defendant's sentencing hearing on January 19, 2007, counsel indicated that the defendant wished to file a notice of appeal and requested court-appointed counsel, orally moved to withdraw as counsel and orally made a motion for bail pending appeal pursuant to 18 U.S.C. §3143(b). The Court requested that the motions be put in writing. Counsels' motions to withdraw are **GRANTED** insofar as representation of the defendant on appeal; however, counsels' duties remain with respect to the filing of a motion before this Court for bail pending appeal.

1    The defendant's application to proceed *in forma pauperis* on appeal is **GRANTED**.  The defendant

2 shall be permitted to proceed on appeal without the prepayment of fees or costs.  The CJA Administrator shall

3 locate counsel for defendant's appeal.

4    **IT IS SO ORDERED.**

5    The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro

6 se, CJA Administrator, and the United States Court of Appeals for the Ninth Circuit.

7    Dated this 23rd day of January, 2007.

8

9    _____

10   RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28