Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.   CR05-5785RBL |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING THE |
| SUZETTE BLAND, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before this Court is a Motion to Dismiss the Superseding Indictment without prejudice. The Court finds, after a consideration of all relevant information and the circumstances of this case, that the charges in the Superseding Indictment should be dismissed without prejudice.

IT IS SO ORDERED

DATED this 28th day of February, 2008

*signature*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

NORMAN M. BARBOSA
Assistant United States Attorney

ORDER — 1
CR05-5785RBL